Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | \* |
| | \* |
| MEGAN SKUBAL | \*   Case No. 13-14627-BFK |
| | \*   (Chapter 7) |
| Debtor(s). | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>TRUSTEE'S APPLICATION TO EMPLOY SUCCESSOR REAL ESTATE AGENT</u>

KEVIN R. McCARTHY, Trustee, represents the following:

1. He is the duly appointed Trustee.

2. Pursuant to 11 U.S.C. Sec. 327(a), the Trustee wishes to employ Maurice W. Williams and Premier Sotheby's International Realty, P.O. Box 2145, Blowing Rock, NC 28605, as his successor real estate agent. Mr. Williams is a licensed broker associate and real estate agent in the State of North Carolina. The employment will cover the possible sale of two real properties co-owned by the Debtor and her father Thomas Skubal located in Watauga County, North Carolina, as authorized by the Order Approving Compromise entered on February 5, 2015 (D.E. 53) ("the Compromise Order").

3. The Court previously approved the retention of Mr. Williams and Village Real Estate as the Trustee's real estate agent, but Premier Sotheby's International Realty has acquired Village Real Estate. The Trustee' agreement to transfer the listing agreement with Village Real Estate to Premier Sotheby's International Realty is attached as Exhibit A.

4.  Subject to Court approval, the Trustee has agreed to pay a commission to his agent of 10% of the sale price of the currently listed property, Lot 102, Firethorn, Blowing Rock, NC, The commission is due and payable only at closing.

5.  To the Trustee's knowledge, neither Mr. Williams nor Premier Sotheby's International Realty represents any interest adverse to the estate, and they have no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountant, the United States Trustee, or any person employed in the office of the United States Trustee, except that the co-owners of the subject properties, Thomas Skubal and his daughter the Debtor Megan Skubal, previously listed the same properties with Mr. Williams and Village Real Estate without informing them of the bankruptcy and the Compromise Order.

WHEREFORE, the Trustee respectfully requests entry of the attached Order.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy
McCarthy & White, PLLC
1751 Pinnacle Drive
Suite 1115
McLean, VA 22101
703-770-9261
krm@mccarthywhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2016 copies of the foregoing, including the listing agreement and proposed order, were served through the court's ECF system on all registered ECF participants who have appeared in this case.

/s/ Kevin R. McCarthy
Kevin R. McCarthy

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | \* |
| | \* |
| MEGAN SKUBAL | \*   Case No. 13-14627-BFK |
| | \*   (Chapter 7) |
| Debtor(s). | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 2014(a) STATEMENT

MAURICE W. WILLIAMS declares as follows:

1. He is a broker associate and real estate agent licensed in the State of North Carolina and is employed by Premier Sotheby's International Realty, P.O. Box 2145, Blowing Rock, NC 28605. He has read the attached Application and the representations therein are accurate.

2. To the best of his knowledge, neither he nor his firm has any connection with the Debtor, creditors, or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that the co-owners of the subject properties, Thomas Skubal and his daughter the Debtor Megan Skubal, previously listed the same properties with me and Village Real Estate without informing us of the bankruptcy and the Compromise Order.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on: 9/13/2016         /s/ Maurice W. Williams
                               Maurice W. Williams